JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GANBAT AYURZANA,

     Petitioner,

v.

TODD M. LYONS, et al.,

     Respondents.

Case No. 5:26-cv-02238-KES

**JUDGMENT**

Pursuant to the Court's Order Granting Petition and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that the Petition is granted as to Ground 2, and the other grounds in the Petition are dismissed as moot.

DATED: <u>May 13, 2026</u>

_____

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE